IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:25-CV-503-FL

| | | |
|---|---|---|
| VICMARIE VIVAS LOPEZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| JC PENNEY, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court for review of plaintiff's pro se complaint (DE 1) pursuant to 28 U.S.C. § 1915(e). United States Magistrate Judge Robert B. Jones, Jr. entered a memorandum and recommendation ("M&R"), pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b), wherein it is recommended plaintiff's complaint be dismissed in part (DE 5). Plaintiff did not file objections to the M&R.

The district court reviews de novo those portions of a magistrate judge's M&R to which specific objections are filed. 28 U.S.C. § 636(b). The court does not perform a de novo review where a party makes only "general and conclusory objections that do not direct the court to a specific error in the magistrate's proposed findings and recommendations." Orpiano v. Johnson, 687 F.2d 44, 47 (4th Cir. 1982). Upon careful review of the record, "the court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1).

1

The magistrate judge recommends dismissal of plaintiff's first claim, for discrimination based upon national origin and race under Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e et seq. (" Title VII" ), pursuant to 28 U.S.C. § 1915(e)(2)(B). The magistrate judge further recommends that plaintiff's second and third claims, for retaliation and hostile work environment in violation of Title VII, be permitted to proceed. Upon careful review of the M&R, the court finds the magistrate judge's analysis to be thorough, and there is no clear error.

The court hereby ADOPTS the recommendation of the magistrate judge as its own, and plaintiff's first claim is DISMISSED, as set forth in the M&R, pursuant to 28 U.S.C. § 1915(e)(2)(B). The clerk is DIRECTED to issue summons and to proceed with service by United States Marshal pursuant to Federal Rule of Civil Procedure 4(c)(3).

SO ORDERED, this the 25th day of September, 2025.

LOUISE W. FLANAGAN
United States District Judge